2019 Mar-04  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2019 MAR -1  P 2: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

---

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

Summer Perry

**v.**

**Alabama State Troopers/AHWP**
Marion County Sheriffs Dept
Marion County Jail
Alabama Dept of Forensic Sciences
Quality Correctional Heath Care (QCHC)
Regional Paramedical Services/Alabama
North Mississippi Medical Center

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 3:19-CV-371-MHH
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes  ☐ No

---

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff**

Name    Summer Perry

College Mailing:
Street Address    409 N Camden Drive #206    Home : 207 E. Girard Avenue

City and County    Beverly Hills    Address: Muscle Shoals, AL 35661

State and Zip Code    California

Telephone Number    424-333-6066    (256) 335-6238

email   Summer L perry @gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
    Name             Marion County Sheriffs Dept
    Job or Title
    Street Address      132 Military Street S,
    City and County    Hamilton,
    State and Zip Code  Alabama 35570

Defendant No. 2
    Name             Marion County Jail
    Job or Title
    Street Address      280 Winchester Drive
    City and County    Hamilton
    State and Zip Code  Alabama, 35570

Defendant No. 3
    Name             Alabama Department of Forensic Sciences
    Job or Title        Coroner
    Street Address      716 Arcadia Circle
    City and County    Huntsville
    State and Zip Code  Alabama, 35801

Defendant No. 4
    Name             Quality Correctional Health Care
    Job or Title        Correctional Health Care Provider
    Street Address      200 Narrows Pkwy .
    City and County    Birmingham
    State and Zip Code  Alabama

Defendant No 5        Alabama Highway Patroll
                      Alabama State Troopers
                      4521 S. Military St
                      Hamilton, AL 35570

Page 2 of 7

Defendant No. **6**

| | |
|---|---|
| Name | Regional Paramedical Services |
| Job or Title | Emergency Service transport |
| Street Address | 3925 Old Birmingham Hwy |
| City and County | Jasper |
| State and Zip Code | Alabama, 35501 |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question   ☒ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency   Defendents 1-4 Page1&2 of Action ((STATE Employees))

Address   As Provided — Listed on page 1+2

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. CRIPA    Sections

① Violations of US Code § 4042 — Duties of Prisons A-2

② Negligent in providing: "Care" Safe-Keeping Gross Negligence of providing life Sauring medical care and others to be Stated in court.

③ 42 US Code § 1983 Civil Action for deprivation of rights liability to injured party

④ CRIPA - Civil Rights of Institutionalized Persons Act Page 3 of 7 42. U.S.C. § 1997a  + 1414)

⑤ 8th Amendment - The right to medical adequate care + attention as needed. The right to humane facility conditions

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## C. If the Basis for Jurisdiction is Diversity of Citizenship

1. The Plaintiff

   The plaintiff, *(name)* Summer Perry , is a citizen of the
   State of *(name)* Alabama .

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* , is a citizen of the
   State of *(name)* . Or is a citizen of
   *(foreign nation)* .

   b. If the defendant is a corporation

   The defendant, *(name)* , is incorporated under
   the laws of the State of *(name)* , and has its
   principal place of business in the State of *(name)* .

   Or is incorporated under the laws of *(foreign nation)*
   , and has its principal place of
   business in *(name)* .

   *(If more than one defendant is named in the complaint, attach an additional
   page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant
   owes or the amount that is at state – is more than $75,000, not counting
   interest and costs of court, because: *(explain)*

   Maximum allowed by Law plus Court and Attorney fee's

## III. Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachment A-1 **exihibit**

_____

_____

_____

_____

_____

_____

_____

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages to be determined by the Courts

**Maximum Allowed by law + court cost + Attorney fees**

_____

_____

_____

_____

_____

Page 5 of 7

Statement of facts Attachment A-1

1. On March 1, 2017, at 1:09 pm after Mark Perry had been in a single vehicle car accident, Hamilton State Trooper "Rob Holliday" arrested Mark Perry of Alabama for DUI, State Ordinance 32-5A-191 in which Mr. Perry was removed from wrecked vehicle, given a field sobriety test and breathalyzer, Mr. Perry's blood alcohol level was .385, well over the legal limit.

1. (a.) At that time the test revealed Mr. Perry's blood Alcohol level was .385 indicating that Mr. Perry's life was in danger and should have been immediately transported to the nearest hospital. BAC case studies indicate that a BAC Level of over (.3) is life threatening and poses a significant risk of heart failure and death. Mr. Perry also needed to be examined for injuries from the vehicle accident he had just been in as well. Mr. Perry needed immediate medical attention.

1. (b.) Mr. Perry was not given appropriate medical care at the time of his accident and arrest, instead he was placed into custody and then transported by Officer Trey Webb to the Marion County jail located at 280 Winchester Drive, Hamilton Alabama where he was booked, Interviewed, placed into detox. Mr. Perry could not sit up straight, nor was he able to hold the booking sign, an officer had to hold the booking sign stable in order for Mr. Perry to be photographed.

1. (c.) Thirty minutes later as indicated Trooper Holiday came to the Jail and performed a DRAGER Test on Mr. Perry. The record indicates Mr. Perry tested negative on the DRAGER Test for drugs. The record shows in the arrest report that Mr. Perry was under the influence of alcohol, but did not resist arrest.

1. (d.) The record shows that During Mr. Perry's interview he refused questioning as he suffering from Alcohol Toxicity and his life was in danger and could not clearly comprehend the questioning. (Refer to booking form questionnaire exhibit 11.)

1. (e.) The facts show by the officer's own report and statements that because EMT Services were not called at the scene and the moment of the field sobriety test registering .385 as indicated in the State Trooper's report, Mr. Perry was not given immediate hospital care that could have saved his life before being transported to Marion County Jail where he died in custody 72 hours later. Therefore, the Marion County Sheriff's Department and Marion County Jail treated Mr. Perry cruelly and unusually, possibly maliciously, and both parties are negligent in providing life saving services to Mr. Perry before transporting him to Marion County jail where he died in custody

2. Mr. Perry suffered from alcohol dependency. Mr. Perry had a relevant history of past alcohol withdrawal episodes. According to the *Alcohol Withdrawal Treatment, Symptoms, and Timeline* from the American Addiction Center's report: 24-72 hours after the last alcoholic drink, withdrawal symptoms such as high blood pressure, unusual heart rate, and confusion begin. Seizures can also occur within 48-96 hours of the last drink. Rapid death due to alcohol withdrawal syndrome is very common amongst heavy drinkers and usually occurs 24-72 hours after drinking cessation. Mr. Perry died in custody of Marion County Jail after 72 hours of sobriety.

3. Mr. Perry's autopsy, conducted by Valerie S. Green, was held from the family for over 6 months.

3. (a.) Mr. Perry's autopsy report states that alcohol withdrawal can not be excluded. History of Alcohol abuse and cirrhosis of the liver are denoted in the autopsy report.

3. (b.) Scientific research in: Complications of Alcohol Withdrawal- Pathophysiological Insights in Alcohol Health & Research World Journal; Cardiovascular complications are very common in cases of alcohol withdrawal.

3. (b.) (1.) "Co-occurring medical problems may obscure the diagnosis and treatment of DT's or worsen the outcome. The risk of death is reduced in patients receiving adequate medication and medical support." Mr. Perry did not receive adequate medical support.

3. (b.) (2.) "Risk factors for prolonged or complicated alcohol withdrawal include lifetime or current long duration of alcohol consumption, lifetime prior detoxifications, prior seizures, prior episodes of DT's." Mr. Perry suffered with all the aforementioned risk factors.

3. (c.) Internal pulmonary bleeding and significant amounts of liquid blood in Mr. Perry's stomach were denoted in the autopsy report. According to the Case Report: Rapid Death Due to Alcohol Withdrawal Syndrome: Case Report and Review of Literature in the Asia Pacific Journal of Medical Toxicology; ". . . due to resultant coagulopathy, patients are vulnerable to internal bleedings. Hypertrophic cardiomyopathy also occurs in chronic alcoholics. Therefore, we can speculate that our patient developed pulmonary hemorrhage as a result of combined effect of coagulopathy secondary to cirrhosis, alveolar damage (seizure and artificial ventilation) and congestive heart failure.

4. On Mr. Perry's autopsy report, "Identifying Marks" was answered/filled in as "None." As verified by the family, Mr. Perry had a tattoo on his hand and a large unique birthmark in the

pelvic region. No mention of the tattoo in the "Upper Extremities" section of the autopsy report.

4. (a.) According to the autopsy report Mr. Perry had several blunt-force injuries to his face and hands that are not visible in his jail booking photo from March 1st. 2017. No explanation of how Mr. Perry Sustained these injuries between the time of his photo and autopsy.

4. (b.) The jail provided a statement to Record Journal newspaper stating that Mr. Perry had eaten breakfast on the morning of his death, he died shortly after breakfast was served, Mr. Perry's autopsy states that his stomach contained no food and that Mr. Perry's stomach contained 30 ml of liquid blood.

4. (c.) Authorities have consistently refused respond to the family's inquires or communicate with the family at all since Mr. Perry's Death.

4. (d,) The jail provided a statement to Record Journal newspaper during an active state investigation stating that Mr. Perry had eaten breakfast on the morning of his death, he died shortly after breakfast was served, Mr. Perry's autopsy states that his stomach contained no food and that Mr. Perry's stomach contained only 30 ml of liquid blood and mucus.

5. The facts shown in the statements and documents provided by the witnesses as well as the State of Alabama and its agencies that Mr. Mark Perry was not provided appropriate emergency medical care and treatment from the moment of his arrest, after being in a vehicle accident, his blood alcohol level being .385, his blood pressure related medical condition, or alcohol withdrawal due to severe alcohol dependency. The actions taken by all involved parties after Mr. Perry's death are also in question. It is the plaintiff's and the plaintiff's family's belief that Mr. Perry entire situation from beginning until his autopsy report was released, was handled illegally, unethically, inappropriately, and cruelty.

### V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _____ Summer _____ Last Name _____ Perry _____

Mailing Address __ 409 N Camden Drive #206 __

City and State __ Beverly Hills, California __ Zip Code __ 90210 __

Telephone Number __ 424-333-6066 __

E-mail Address __ summerlperry@gmail.com __

Signature of plaintiff __ Summer Perry __

Date signed __ 2/19/2019 __

### **OPTIONAL**

You may request to receive electronic notifications. You may not file documents or communicate with the court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

      ☒ HTML – Recommended for most e-mail clients

      ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

    summerlperry@gmail.com

Participant signature: *Summer Perry*

Date: 2/19/2019

EXIBIT
# Statement of facts Attachment A-1

1.(a) On March 1, 2017, at 1:09 pm Hamilton State Trooper "Rob Holliday" arrested Mark Perry of Alabama for DUI, State Ordinance 32-5A-191 in which Mr. Perry was given a field sobriety test and by the officers training and experience Mr. Perry was over the legal drinking and driving limit.

At that time the test reveled Mr. Perry's blood Alcohol level was .385 indicating that Mr. Perry's life was in danger and should have been immediately transported to the nearest hospital Via EMT Medical Services Ambulance.

After given the field sobriety test by State Trooper "Rob Holiday", Mr. Perry was placed into custody and then transported by Officer Trey Webb to the Marion County jail located at 280 Winchester Drive, Hamilton Alabama where he was booked, Interviewed, placed into his Whites and placed into detox.

Thirty minutes later as indicated Trooper Holiday came to the Jail and did a (Drager Test) on Mr. Perry.

The record indicates Mr. Perry tested negative on the (Drager Test) for drugs.

The record shows in the arrest report that Mr. Perry was Drunk, but did not resist arrest and had (No Injuries).

Please note, Mr. Perry's booking photo indicates no injuries to his face or hands.

The record shows that During Mr. Perry's interview he refused questioning as he suffering from Alcohol Toxicity and his life was in danger and could not clearly comprehend the questioning.

Refer to booking form questionnaire exhibit 11.

The facts show by the officer's own report and statements that because EMT Services were not called at the scene and the moment of the field sobriety test registering .385 as indicated in the Troopers report, Mr. Perry was not given immediate Hospital Care that could and should have saved his life before being transported to Marion County Jail where he died in custody.

Therefore, the Marion County Sheriffs Department and the Great of State of Alabama are negligent in providing life saving services to Mr. Perry before transporting him to Marion County jail where he died in custody.

BAC case studies show and indicate that a BAC Level of (.3), Impair the "Brain", suppress "Vital Reflexes" including "Gag Reflex" "Breathing" and "Heart Rate" causing the Drinker to reach an Alcohol overdose.

Vital Functions begin to shut down from any BAC over (.3) and is life threatening and poses a significant risk of heart failure and death.

At that time the test reveled Mr. Perry's blood Alcohol level was .385 indicating that Mr. Perry's life was in danger and should have been immediately transported to the nearest hospital Via EMT Medical Services Ambulance.

1.(b) On March 2, 2017 Jailer Ronny Lindley indicates in Exhibit 11 statement that he had spoke to Mr. Perry multiple times and he seemed fine. Note this indicates again there were no injuries to Mr. Perry that were noticeable.

1.(c) At 10:35 AM Jailer Ron Lindley indicates he was notified a man was down, Lindley entered the cell and Mr. Perry was down with no heart rate and not breathing.

Emergency services were performed by the attending nurse and staff Exhibit 3.

The nurse indicates chest compressions were performed but does not mention the breaking or fracturing of ribs 2 thru 7 as indicated by the coroner's autopsy report.

That facts shown in the statements and documents provided by the witnesses as well as the State of Alabama and its agencies that Mr. Mark Perry was not provided proper emergency medical care and treatment from the moment of his field sobriety test of .385 to the time of his death. Mr. Perry according to the medical examiners report had multiple blunt force injuries to his eye, forearm, contusions to his chest and back, his hands and feet.

Mr. Perry's ribs 2 thru 7 were also broken at the time of Autopsy.

According to the AMA the sternum is connected to the ribs anteriorly via cartilage. When chest compressions are being performed it is the separation of the sternum from this cartilage that makes the chest wall more compliant, and thus chest compressions more effective.

Fracture of the ribs should not occur during CPR. The Evidence Video shows very mild chest compressions being given to Mr. Perry in the hallway while being taken to the emergency services ambulance but not enough to break six of his ribs as indicated in the Medical Examiners report.

The facts and testimony given by eye witnesses as well as from The Alabama State Trooper, Sheriffs Department, Marion County Jailer, and QCHC at the time of Mr. Mark Perry's arrest and field sobriety test to his death in his cell indicate and show beyond a shadow of a doubt that Mr. Perry was denied proper emergency services and care and was possibly beaten to death in his cell prior to his death.

All witness testimony prior to Mr. Perry's death indicate he had no visible injuries up until the time of his death in his cell yet when examined by the medical examiner Mr. Perry had evidence of multiple exterior injuries as stated in the Medical Examiners report.

From these findings alone, I Summer Perry the Daughter of Mark Edwin Perry request that the Great State of Alabama re-open the investigation in my father's unnatural death as the facts show he was not given the proper medical care as deserved once he was in the custody of the Great State of Alabama and it's agencies and that an investigation into the beating and murder of my father while he was in his cell be reopened and perused by the SBI and the State Attorney Generals office supervised by the District Attorney of Marion County.



**Case #** **17HM09176**
**Name** **Mark Edwin Perry**

PROPERTY OF
STATE MEDICAL EXAMINER SYSTEM
ALEY TOE Madison County, AL
WITNESSED BY EXAMINATION E
DATE: 03/11/2017

**CAUSE OF DEATH:** ▇▇▇▇▇▇▇▇▇▇▇▇▇

**CONTRIBUTORY:** ▇▇▇▇▇▇▇▇▇▇

**MANNER OF DEATH:** ▇▇▇▇

COMMENT: This 55 year-old male was found unresponsive in a jail cell. Reportedly, he was involved in a single vehicle wreck on March 1, 2017, and given a field sobriety test. At that time he had a .385 for his blood alcohol level. He was taken to the Marion County Jail and placed in a detox cell until the evening of March 2, 2017. Around 0945 hours on the morning of March 3, 2017, the decedent's cellmate suggested that the decedent move to the bunk because he was going to the dayroom. The cellmate returned to the cell around 1015 hours and found the decedent unresponsive. The cellmate called for help and performed CPR until the nurse arrived. The decedent was then paced on a defibrillator which advised no shock. He was pronounced dead at 1035 hours.

The autopsy revealed an enlarged heart with coronary artery disease of multiple vessels. There were emphysematous changes in the lungs, and a cirrhotic liver. Multiple left ribs were fractured and are most likely the result of resuscitation efforts. There are minor blunt force injuries of the face, torso, and upper and lower extremities, but none of these injuries are significant enough to have attributed to his death.

His medical history is significant for hypertension, chronic obstructive pulmonary disease (COPD), chronic ethanol abuse and seizures. The changes present in his heart were significant to have caused his death and the COPD changes in the lungs were significant such that they were a contributory factor to his death. With the presence of cirrhosis, it is evident that the use of ethanol is chronic and significant. Nothing in the medical records that I have reviewed indicated that he presented with signs of alcohol withdrawal while in jail or that he was seen having a seizure at the time of his death; however, based on the autopsy results these factors cannot be completely excluded because they would not present with any characteristic findings that would be detectable on autopsy. Therefore, based on the significant cardiac and pulmonary findings, this case is best categorized as above.

*Multiple Ribs broken in 2 places each*

## EVIDENCE OF INJURY

MINOR BLUNT FORCE INJURIES:
A 5/16 x 3/16 inch red abrasion is on the lateral angle of the right eye. Below this abrasion is a 1/2 x 1/16 inch cluster of punctate red abrasions. A 3/16 x 1/16 inch contusion is on the medial left buccal region of the face. On the inferior lip/mental region of the face is a 1/8 inch red abrasion.

A 1-1/4 x 3/4 inch healing red-tan contusion is on the right chest. On the midline of the mid back is a 2-1/2 x 1-1/2 inch red-tan contusion.

Defendant's Bates Nbage 3 of 7

PROPERTY OF
STATE BUREAU OF INVESTIGATION
COPY 1 of Section County C.D.
DEPARTMENT OF THE Region 5
DATE: 4/25/2017

Case #    17HM00176
Name      Mark Edwin Perry

A punctate red abrasion is on the proximal anteromedial right forearm.  On the posterior mid right arm are two, 1-1/2 inch in length, parallel healing abrasions, which are slightly offset from each other, 1/16 inch in distance from each other, and obliquely arranged.  A 1-3/8 x 3/16 inch abraded red contusion is on the mid dorsal right forearm.  A 3/16 x 1/16 inch healing curved black abrasion is on the dorsal right hand.  On the dorsal medial left forearm is a 3/4 inch red-brown abrasion.  A 1/8 inch red abrasion is on the dorsal mid left forearm.  On the dorsal left hand are two healing red-tan abrasions each measuring 3/16 inch.  A punctate brown abrasion is on the dorsal index finger of the left hand.

A 5/8 x 1/2 inch dark red healing abrasion cluster is on the medial aspect of the bony prominence of the right foot overlying the proximal metatarsal phalangeal joint.  A 2-1/2 inch cluster of punctate brown healing abrasions is linearly arranged on the posterior right leg.  On the posterior left leg is a 5/8 inch scar with a healing punctate black abrasion.  A 3/16 x 1/8 inch healing red abrasion is on the distal third digit of the left foot.  A 1-1/8 x 3/8 inch cluster of dark red healing abrasions is on the mid to distal anterior left leg.  On the proximal anterior left leg is a 7/8 x 3/8 inch dark red cluster of healing abrasions.

## EXTERNAL EXAMINATION

The following excludes any previously described injuries.

BODY HABITUS:  The body is that of a normally developed, well-nourished, adult Caucasian male, appearing the reported age of 55 years, with a weight of 157 pounds and a height of 73 inches.

CONDITION OF THE BODY:  The body is cold to the touch with the presence of rigor mortis.  Livor mortis is fixed on the posterior surface of the body, except in areas exposed to pressure.  The body is well-preserved and is not embalmed.

IDENTIFYING MARKS:  None.

HEAD AND FACE:  The scalp is atraumatic and covered with dark brown hair that is approximately 3 inches in length.  Facial hair consists of stubbled dark brown to gray beard and mustache.

EYES:  The irides are hazel; the conjunctivae are without jaundice.  The right superior palpebral conjunctiva contains scant petechial hemorrhages.  The other conjunctivae are without petechial hemorrhages.

NOSE:  The nose is symmetrical, without acute trauma.  The nasal bones and septum are palpably intact.

MOUTH:  The lips and frenula are without contusion, abrasion, or laceration.  The teeth are natural appearing, but seem to be covered with multiple dental caps.  The superior right central incisor is decayed and consists of a very small discolored tooth fragment.

EARS:  The ears are symmetrical and without acute trauma.  The earlobes are not pierced and each earlobe has a vertical crease.

NECK:  The neck is symmetrically developed.

Defendant's Bates No. AOCME 0000617

APPENDIX C
STATE BUREAU OF INVESTIGATION
COPY TO: Bureau of Criminal Identification
FORENSIC DIVISION Medical
DATE: 02/25/2012

Case #    17EM00176
Name     Mark Edwin Perry

smooth, pink-tan with no petechiae or ulcerations. The epiglottis is thin and delicate.

CARDIOVASCULAR SYSTEM: The 520 gram heart has a smooth, glistening epicardium. The coronary arteries arise from their usual positions within the respective sinuses of Valsalva. The coronary arteries have foci of significant atherosclerotic change. The right coronary artery contains a 50 to 60 percent focus of atherosclerotic stenosis. The left anterior descending artery and left coronary artery both contain foci of atherosclerotic stenosis of approximately 40 percent. The myocardium is uniformly red-brown with no fibrosis, hemorrhage, softening or other focal lesions. The left and right ventricular free walls average 1.2 centimeters and 0.4 centimeter in thickness, respectively. The interventricular septum is 1.2 centimeters in width. The papillary muscles and chordae tendineae are intact. Aside from a slightly thickened mitral valve, the valve cusps and leaflets are otherwise thin and delicate. The aorta is intact and partially lined with moderate calcific atherosclerotic plaques along its intimal surface. The vena cava and its major tributaries return to the heart in the usual distribution and are unremarkable.

RESPIRATORY SYSTEM: The right and left lungs are 800 grams and 780 grams, respectively. The pleural surfaces are red-blue, smooth and glistening with no obvious anthracosis. The pulmonary parenchyma is diffusely dark red, congested and edematous, exuding moderate amounts of bloody fluid. The airspaces are dilated. No focal lesions, consolidation or exudate is evident. The tracheobronchial tree is lined with a smooth, pink-tan mucosa. Scant blood is within the tracheobronchial tree. The pulmonary vasculature is normally developed and the pulmonary vessels are thin, delicate, and free of atherosclerosis and thromboemboli.

GASTROINTESTINAL SYSTEM: The tongue is without external or intraparenchymal hemorrhages. The esophagus is intact and at the gastroesophageal junction are white-like plaque lesions and congestion. The gastroesophageal junction is well-demarcated with no varices. The stomach contains approximately 30 milliliters of dark red bloody liquid. The gastric mucosa is tan-pink and has the usual rugal folds. The small and large intestines occupy their usual positions within the peritoneal cavity and are unremarkable. The appendix is present and unremarkable.

HEPATOBILIARY SYSTEM: The 1820 gram liver has a translucent, glistening capsule. The hepatic parenchyma is tan-yellow to tan-red with diffuse presence of nodular cirrhosis. The gallbladder contains liquid bile without stones. The mucosa is smooth and velvety. The gallbladder wall is thin and delicate.

GENITOURINARY SYSTEM: The right and left kidneys are 260 grams each. The subcapsular cortical surfaces are smooth and red-brown, with no granularity, but both have foci of pitted scarring. Within the left kidney is a 0.8 centimeter cyst. The corticomedullary junction is well-demarcated. The renal calyces, pelves and ureters follow their course to the bladder and are not dilated. The bladder contains yellow urine. The bladder mucosa is pink-white and trabeculated. The testes are unremarkable. The prostate gland is enlarged and contains white-tan rubbery nodules.

ENDOCRINE SYSTEM: The thyroid gland has a normal shape and size with a uniform red-tan parenchyma. The adrenal cortices are golden-yellow and have a normal uniform thickness. The medullae are thin, tan-brown, and uniform. The pancreas has a normal shape with uniform, pink-tan, rubbery, lobular parenchyma.

*[handwritten margin notes:]*
Blood in Stomach
— no food or
water

Bruising
on sides
+ back

Defendant's Bates NP0000067 of 7



No eye or face injury
Shows no facial injuries
on hand
occured in
custody
ASSAULTED?
by whom?

No facial injuries upon booking
who caused blunt force trauma?

Confidential MC testimony 11

PROPERTY OF
STATE BUREAU OF INVESTIGATION
COPY TO: Madison County LO
FURNISHED BY: SBI Agent WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 03 01 17 11:35 | | |

**NARRATIVE**

Mark Perry

On March 1, 2017, Hamilton Officer Troy Webb brought Mark Perry into Jail for State Trooper Rob Holliday. We booked Mark Perry into jail. I dressed Mr. Perry in whites and placed him into detox.

About 30 minutes later, Trooper Holliday came to jail and did drager on Mr. Perry. I gave Mr. Perry water before 3 PM.

On March 2, 2017, I talked to Mr. Perry 2 times about 9:00 A.M. Mr. Perry asked me how long he would be in detox. I told him it would be 23 hours. Mr. Perry seemed to be fine. Talked to Mr. Perry about 2 PM and told him he would be moved in a little while. I got off work at 3 PM, and Mr. Perry was still in detox.

At 10:35 AM on March 3, 2017, I Jailor Ronny Lindley, was in booking room when B side was beating on the doors. I went to B side, they told me there was a man down. Went to cube to get keys to catwalk doors when I got to cell, Mark Perry was not breathing and no heart rate. Called for Nurse Tracy Tilberg. We started CPR with AED on Mr. Perry. Nurse and I did five rounds of CPR before the ambulance was here. At this time, Mr. Perry was carried to the ER.

Jailor Ronny Lindley M203

**NARRATIVE**

**NARRATIVE**

TYPE OR PRINT IN BLACK INK ONLY

Defendant's Bates No.000080
Exhibit Number 7

*Neglect as no medical attention was given for deadly blood alchol .0385*

PROPERTY OF
STATE BUREAU OF INVESTIGATION
COPY TO: Marion County SO
FURNISHED BY: SBI No. 90-9063    THIS WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 0 3 0 3 7 1 11:55 | PM | 116 Case # | 115 SFX |
|---|---|---|---|---|

**NARRATIVE**

Mark Perry

On March 1, 2017, Hamilton Officer Trey Webb brought Mark Perry into Jail for State Trooper Rob Holliday. We booked Mark Perry into jail I dressed Mr. Perry in whites and placed him into detox.

About 30 minutes later, Trooper Holliday came to jail and did drager on Mr. Perry. I gave Mr. Perry water before 3 PM.

On March 2, 2017, I talked to Mr. Perry 2 times about 900AM. Mr. Perry asked me how long he would be in detox. I told him it would be 23 hours. Mr. Perry seemed to be fine. Talked to Mr. Perry about 2 PM and told him he would be moved in a little while. I got off work at 3 PM, and Mr. Perry was still in detox.

At 10:35 AM on March 3, 2017, I Jailor Ronny Lindley, was in booking room when B side was beating on the doors. I went to B side, they told me there was a man down. Went to cube to get keys to catwalk doors when I got to cell, Mark Perry was not breathing and no heart rate. Called for Nurse Tracy Tilberg. We started CPR with AED on Mr. Perry. Nurse and I did five rounds of CPR before the ambulance was here. At this time, Mr. Perry was carried to the ER.

Jailor Ronny Lindley  M203

**NARRATIVE**

**NARRATIVE**

TYPE OR PRINT IN BLACK INK ONLY

Defendant's Bates No. 000080
Exhibit Number ___7___



**ALABAMA**
## DEPARTMENT OF FORENSIC SCIENCES

Huntsville Medical Examiner's Office          Office Phone: (256) 539-1401
716 Arcadia Circle                            Office Fax: (256) 539-2655
Huntsville, Alabama 35801

March 6, 2017

Randy Jackson
Marion County Coroner
P.O. Box 274
Hamilton, AL 35570

ADFS Case Number: 17HM00176
Decedent's Name: Mark Perry

Dear Sir/Madam:

This department performed an examination on the body of the above listed decedent on March 6, 2017. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is pending toxicology. The manner of death is pending.

This preliminary report is intended to expedite the death certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Marion County and the appropriate Investigative Agency.

Sincerely yours,

Valerie S. Green, M.D.
State Medical Examiner

VSG:pab

cc:     Honorable Scott Slatton, Marion County District Attorney
        Investigator Jamey Bozeman, ALEA – State Bureau of Investigation

*Established in 1935*

Defendant's Bates No.000075
Exhibit Number __15___



**ALABAMA
DEPARTMENT OF FORENSIC SCIENCES**

2026 Valleydale Road
Hoover, AL 35244-2005

Telephone (205) 982-9292
Facsimile (205) 409-4825

*No Drugs*

## TOXICOLOGICAL ANALYSIS REPORT

Valerie Green, MD
Alabama Department of Forensic Sciences
716 Arcadia Circle
Huntsville, AL 35801-5908

ADFS Case Number 17HM00176
Agency Case Number
**Case Date** 02/03/2017
**Date Completed** 05/15/2017
**Report ID** 90051722

Subject Perry, Mark Edwin

**Evidence analyzed (Including sub-items)**

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|------|----------|---------|--------|-----------|-------|
| 1D1 | Urine | | NA | | |
| 1D2 | Urine | | NA | | |
| 1D3 | Vitreous humor | | NA | | |
| 1D6 | Blood, iliac | Ethanol | Negative | HS/GC | |
| 1D4,1D6 | Blood, iliac | Diphenhydramine | P | GC/MS | 27 |
| 1D4,1D6 | Blood, iliac | Fluoxetine | P | GC/MS | 27 |
| 1D4,1D6 | Blood, iliac | Norfluoxetine | P | GC/MS | |
| 1D4,1D6 | Blood, iliac | Topiramate | 1.0 ug/mL | GC/MS, LC/MS/MS | |
| 3D5 | Blood, iliac | | NA | | |

**Footnotes**

NA - Not analyzed/Not applicable
P - Present but not quantified
27 - The relative concentration of the reported drug was of insufficient toxicological significance to warrant definitive
quantification.

**Comments**

Evidence was received in a sealed plastic bag.

*Remaining evidence will be disposed 6 months from the date of this report unless storage space becomes limited or
alternate arrangements are made prior thereto.*



ONE DEPARTMENT * ONE GOAL * EXCELLENCE
ASCLD/LAB Accredited Laboratory System
Legacy Program 2003-2015
International Program 2015-Present

Customer Satisfaction
Surveys are available at
www.adfs.alabama.gov

Defendant's Bates: 



REGISTERED
STATE BUREAU OF INVESTIGATIONS
COPY The Weston County SO
FURNISHED BY: S.A. Region X
DATE: 04/18/2019

AGENT INVESTIGATIVE SUMMARY

## STATE BUREAU OF INVESTIGATIONS

| 1. SUBJECT | 2. FILE NUMBER | |
|---|---|---|
| Records from Regional Paramedical Services | 1749000001SI | |
| | 3. DATE OF REPORT | 4. SENSITIVITY CODE |
| | 4/18/2017 | Extreme |

**5. DETAILS**

On Wednesday, March 27, 2017, SAS Bozeman received records from Regional Paramedical Services (RPS) regarding PERRY. Perry was found unresponsive while incarcerated in the Marion County Jail located at 280 Winchester Drive, Hamilton, AL. A review of the nine (9) page document revealed PERRY'S initial assessment as unresponsive and pale skin color. The eyes were dilated and non-reactive. The lung sounds were absent as well as a pulse. Paramedics presumed PERRY to have been in cardiac arrest four to six minutes before their arrival. RPS transported PERRY from 280 Winchester Drive, Hamilton, AL to 1256 Military Street South, Hamilton, AL.

_death occurred in cell_

Attached: Records from RPS

| 6. NAME OF AGENT | 7. SIGNATURE OF AGENT | 8. REVIEWED BY | |
|---|---|---|---|
| James Bozeman | | Dwight Thompson | |
| | | 9. PAGE  1  OF  1 | |

Defendant's Bates No. 000037



PROPERTY OF
STATE BUREAU OF INVESTIGATION
COPY FOR Marion County SO
FURNISHED PER SBI Number 8
DATE 5/3/2017

Location of deceased
Body

3 men held
in a 2 bunk
cell.

Inhumane
Conditions

17430306015T
March 3, 2017

280 Winchester Drive
Hamilton, AL 35570
Marion County

GPS Coordinate:
Latitude - N34.115233
Longitude - W-87.995381

Legend

R. Reference point
1. CPR First-aide package
2. Grey Power Cord
3. CPR Stes-pals instructions
4. Bottom Bunk
5. Aluminum Mt. Dew can
6. Mattress Pad
7. Orange Slide
8. Paper noise
9. Dayroom
10. Marion County jail clothing

Not to Scale

Created using Easy Street Draw. Licensed customer: CARE Research & Development Lab - Univ of Alabama

Page 1 of 2

Defendant's Bako No.000040
Exhibit Number   8

PROPERTY OF
STATE BUREAU OF INVESTIGATION
CASE NO. Calhon County BA.
SURRENDERED BY: ___ Prescott S
DATE: ___

3/3/2017

This nurse was in the restroom when Donnie Prescott IM notified her that Jailer Ron Lindley needed her in the back, man down. Nurse informed booking clerk Donnie to notified RPS. This nurse to tx room to retrieve emergency medical equipment, when reached to door to the cell blocks IM from Isolation 1 stated Ron (jailer) was on B Side. This nurse followed hallway around to B Block to IM cell and noted IM lying on his back on the bottom bunk. IM ashen in color this nurse checked for HR and Resp none noted. AED applied, no shock at this time. CPR Initiated at this time. AED informed stop chest compressions, no shock at this time. Chest compressions started again. AED informed stop compressions, no shock at this time. No HR no Resp. Continued chest compressions. Completed 5 rounds of Chest compressions with jailer Ron present. RPS to IM cell. RPS took over CPR at this time. IM was transported to NMMC Hamilton ED.

*death cell in B cell*

Defendant's Bates No.000042

Exhibit Number_____3_____

PROPERTY OF
STATE BUREAU OF INVESTIGATION
COPY TO: North Carolina
MEDICAL EXAMINER RECORDS &
SUBMIT: 0/2017-09

Case #    17BM90176
Name    Mark Edwin Perry

*[handwritten: Double - fractures to ribs - Left side Back
6 Broken ribs on Sides of Back
Bruising on blunt force
Multiple trauma
No Congestive heart failure]*

CHEST: The chest is symmetric and normal in shape.

ABDOMEN: The abdomen is symmetric and normal in shape.

EXTERNAL GENITALIA: The external genitalia are that of a normally developed, circumcised adult male with shaved, stubbled pubic hair.

LOWER EXTREMITIES: The lower extremities have symmetric musculature, with no edema or changes of chronic venous stasis.

UPPER EXTREMITIES: The upper extremities have symmetric musculature, with no hesitation scars or needle tracks. The fingernails are shortly cropped and atraumatic.

BACK AND ANUS: The anus and back are symmetric and developmentally normal.

## EVIDENCE OF MEDICAL INTERVENTION

An endotracheal tube is in the mouth and is attached to a partial bag valve apparatus. This tube is appropriately placed within the airway. Multiple electrocardiogram leads are on the chest and abdomen. Defibrillator pads are on the anterior right chest and the anterolateral left inferior chest. An oval defibrillator device is on the anterior central chest. An intravenous catheter is in the mid anterolateral left forearm. Multiple empty boxes, two epinephrine dispensers, a naloxone hydrochloride dispenser and a tourniquet are within the body bag.

## INTERNAL EXAMINATION

The following excludes any previously described injuries.

SEROSAL CAVITIES: No adhesions are in the pericardial, pleural, or peritoneal cavities. An insignificant amount of clear free fluid is in the body cavities. The organs are in normal anatomic position.

CENTRAL NERVOUS SYSTEM: No scalpular or galeal hemorrhages are present. No epidural or subdural hemorrhage is associated with the tan-white dura. The 1500 gram brain is covered with thin, transparent meninges without hemorrhage or exudate. The vessels of the vertebrobasilar and circle of Willis arterial systems have a standard symmetric configuration with no atherosclerosis or aneurysms. The cerebral gyri have a normal developmental configuration with no atrophy or edema. The cerebral cortical ribbon has a uniform normal thickness and the gray-white junction is distinct. The major deep nuclei, mamillary bodies, and hippocampi are symmetric and unremarkable. The ventricular system has a standard symmetric configuration with no dilatation or compression. The cerebellar folia are normally formed with no sclerosis or atrophy. The cerebellar white matter and dentate nuclei are unremarkable. The brainstem nuclei and white matter tracts are unremarkable.

ORGANS OF THE NECK: The anterior cervical strap muscles and sternocleidomastoid muscles are free of contusions. The laryngeal cartilages and hyoid bone are intact. The laryngeal mucosa is

Defendant's Exhibit No. 00056 of 7